1006

THE STATE OF WASHINGTON, *Respondent,* v. AUDREY
LAUREL RUUD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 51841, Robert M. Elston, J., entered March 21,
1977. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James and Williams, JJ.

JOSEPH WILLIAM DE FIELD, *Appellant,* v. LEAVY, TABER,
SCHULTZ, BERGDAHL & SWEENEY, *Respondent.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 21502, Carl L. Loy, J., entered April
4, 1977. *Affirmed* by unpublished opinion per Green, C.J.,
concurred in by Munson and Roe, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. JOE MATA,
*Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77-1-00093-0, Cameron K. Hopkins,
J. Pro Tem., entered July 25, 1977. *Affirmed* by unpub-
lished opinion per McInturff, J., concurred in by Green,
C.J., and Munson, J.

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
DeLaCRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4166, Howard Hettinger, J., entered November
10, 1977. *Affirmed* by unpublished opinion per McInturff,
J., concurred in by Green, C.J., and Roe, J.